999 So.2d 706 (2008)
John A. ROBBINS, a/k/a John A. Robinson, Appellant,
v.
STATE of Florida, Appellee.
No. 1D08-2949.
District Court of Appeal of Florida, First District.
December 30, 2008.
John A. Robbins, a/k/a John A. Robinson, pro se, Appellant.
Bill McCollum, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See Johnson v. Office of State Attorney, 987 So.2d 206 (Fla. 5th DCA 2008).
WOLF, LEWIS, and ROBERTS, JJ., concur.